OCTOBER TERM, 1916.

### FORD v. E. TRIS NAPIER COMPANY.

HILL, J. That part of the act creating the municipal court of Macon (Acts of 1913, p. 262, sec. 26 (c) ), which provides in substance that in all cases tried in that court in which the principal sum claimed, or the value of the property in controversy, does not exceed one hundred dollars, "an appeal shall lie by writ of error to the superior court of Bibb county," and that the judgment of the latter court "shall be final, and shall not be subject to review by an appellate court," is not invalid for the reason that it is opposed to article 6, section 2, paragraph 9, of the constitution of this State (Civil Code of 1910, § 6506), which provides that "the Court of Appeals shall have jurisdiction for the trial and correction of errors in law and equity from the superior courts in all cases in which such jurisdiction is not conferred by this constitution on the Supreme Court, and from the city courts of Atlanta and Savannah and such other like courts as have been or may hereafter be established in other cities." *Wester* v. *Redding*, ante, 73 (90 S. E. 1023).

*All the Justices concur, except Beck J., absent.*

DECEMBER 1, 1916.

Question certified by Court of Appeals (Case No. 6990).

*W. A. McClellan* and *J. C. Estes,* for plaintiff in error.

*Ryals & Anderson,* contra.

---

### NEWTON & BROTHERS *et al.* v. FRUIT DISPATCH COMPANY.

FISH, C. J. 1. The assignments of error upon the ruling allowing the petition to be amended, and various rulings as to the admissibility of evidence, are not well taken, and are not of such character as to require elaboration.

2. Under the uncontradicted evidence and all reasonable deductions therefrom, a verdict in favor of the plaintiff was demanded, and its direction was not error. *Judgment affirmed. All the Justices concur.*

DECEMBER 12, 1916.

Complaint. Before Judge Mathews. Bibb superior court. December 7, 1915.

*Hardeman, Jones, Park & Johnston* and *Harry S. Strozier,* for plaintiffs in error.

*John R. L. Smith* and *Grady C. Harris,* contra.